UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| EMERGENCY PHYSICIANS OF ST. CLARE'S, | : | |
| Plaintiff, | : | Hon. Esther Salas |
| | : | Civil Action No. 15-8794 (ES) |
| v. | : | |
| CIGNA HEALTH AND LIFE INS. CO. et al., | : | PRETRIAL SCHEDULING ORDER |
| Defendants. | : | |

**THIS MATTER** having come before the Court for a scheduling conference pursuant to Rule 16 of the Federal Rules of Civil Procedure on July 20, 2016; and for good cause shown:

**IT IS on this 20th day of July 2016,**

**ORDERED THAT:**

1. Defendant shall produce the administrative record to Plaintiff on or before **September 5, 2016.**

2. There will be a telephone status conference on **September 28, 2016, at 10:30 a.m.** The parties shall be prepared to discuss: (1) whether they have made any progress in settling this matter; and (2) whether Plaintiff seeks any further discovery. Plaintiff will kindly initiate the conference.

*s/ Michael A. Hammer*_____
**Hon. Michael A. Hammer**
**United States Magistrate Judge**